```
1  BENJAMIN B. WAGNER
   United States Attorney
2  HENRY Z. CARBAJAL III
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone:  (559) 497-4000
5  Facsimile:  (559) 497-4099

6  Attorneys for the
   United States of America
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11-CR-00299 AWI |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO ADVANCE |
| v. | ) | SENTENCING HEARING; |
| | ) | ORDER THEREON |
| EDGAR ALONSO BAUTISTA ARAZATE, | ) | Date: May 7, 2012 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Dept: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above-referenced action now scheduled for May 21, 2012, at 10:00 a.m. is advanced to **May 7, 2012, at 10:00 a.m.**

The advancement of the sentencing hearing is being requested by the parties, as neither party has any substantive objections to the pre-sentence report.

///

**Stipulation to Advance Sentencing Hearing;
Order Thereon**

```
Dated: May 2, 2012              /s/Steven L. Crawford
                                STEVEN L. CRAWFORD
                                    Attorney for Defendant
                                EDGAR ALONSO BAUTISTA ARAZATE


Dated: May 2, 2012              BENJAMIN B. WAGNER
                                    United States Attorney


                                By: /s/Henry Z. Carbajal III
                                    HENRY Z. CARBAJAL III
                                    Assistant U.S. Attorney
```

**ORDER**

IT IS SO ORDERED.

Dated:    May 3, 2012                          _____
                                               CHIEF UNITED STATES DISTRICT JUDGE